# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

## NO. 03-03-00194-CV

**The University of Texas at Austin and The University of Texas System, Appellants**

**v.**

**Greg Abbott, Attorney General for the State of Texas, Appellee**

## FROM THE DISTRICT COURT OF TRAVIS COUNTY, 261ST JUDICIAL DISTRICT
## NO. GN300152, HONORABLE PAUL DAVIS, JUDGE PRESIDING

## M E M O R A N D U M   O P I N I O N

This Court abated this appeal on October 3, 2003 and remanded the cause so that the parties could present arguments to the district court concerning the effect of a new statute on that court's judgment regarding an open records request. By motion, appellants assert that they have settled their claims against the attorney general. Appellants ask that we dismiss the appeal, certifying that the motion is unopposed. We reinstate this appeal, grant the motion, and dismiss this appeal.

G. Alan Waldrop, Justice

Before Justices B. A. Smith, Puryear and Waldrop

Dismissed on Appellants' Motion

Filed:  October 5, 2006